65,555-24

Dr. Alex Melvin Wade, Jr.
Paralegal Specialist
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705-7638

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

Cause No.: 65,555-24

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

Ex Parte Alex Melvin Wade, Jr.,
                    Applicant.

=================================================================
PETITION FOR WRIT OF HABEAS CORPUS
FILED IN THE 185th DISTRICT COURT CAUSE NO.: 1222385
HARRIS COUNTY, TEXAS
=================================================================

APPLICANT ALEX MELVIN WADE, JR.,'S SUPPLEMENTAL HABEAS CORPUS RECORD

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now Alex Melvin Wade, Jr., pro se/Applicant files this his supplemental habeas corpus record in the above entitled cause of action.

Applicant files this supplemental habeas corpus record for good cause as in the following:

I.

Applicant Alex Melvin Wade, Jr., filed his original writ of habeas corpus in the Office of Chris Daniel, 02/24/14 and on same day a copy of the Writ of Habeas Corpus filed pursuant to CCP Art 11.07 served upon the Office of Devon Anderson, District Attorney. Devon Anderson, District Attorney of Harris County, via., Andrew Smith, Assistant District Attorney filed "State's Motion Requesting designation of issue," and its "Proposed Order Designating Issue," the same same by the Honorable Susan Brown, Presiding Judge. This Order Designation Issue was signed and filed 03/12/14. Pursuant to Tex. Rule of Appellate Proc. 73.3(b)(1), the Office of Chris Daniel, Clerk failed to comply with the rule. Under the new rule changes, the District clerk must now send all ODIs to the CCA once signed by the trial court. This Applicant has been denied due process of law, the attached documents should have been part of the habeas corpus record and available to the Court upon disposition of the writ of habeas corpus filed 12/08/15.

This is not the first impression of the Clerk of Court non compliance with the Texas Rule of Appellate Proc. 73. effective 01/01/14, the related case WR-65,555-20 demonstrates and should demonstrate to this Court, this Applicant is being denied due process of law because of the significant of the "State's Requesting Designation of issue, and most important The ODI signed on 03/12/14 that was to be immediately transmitted to this court.

CONCLUSION

For the above foregoing this request for supplemental of the habeas corpus record should have been made available some 18 months prior to present.

Respectfully submitted.

Dr. Alex Melvin Wade, Jr.
Pro Se

cc:
Devon Anderson, District Attorney

12/24/15

*Refused Filing*

Cause No. 1222385-D

| | | |
|---|---|---|
| EX PARTE | § | IN THE 185TH DISTRICT COURT |
| | § | OF |
| ALEX MELVIN WADE, JR.,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S MOTION REQUESTING DESIGNATION OF ISSUE

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate that the following issue needs to be resolved in the instant proceeding:

1. Whether the applicant is actually innocent in the primary case;

2. Whether the applicant received ineffective assistance of counsel in the primary case;

3. Whether the evidence was insufficient to convict the applicant in the primary case;

4. Whether the State committed a Brady violation in the primary case; and

5. Whether the State allowed perjured evidence and false testimony in the primary case.

EXHIBIT "A"

1

Service has been accomplished by mailing a true and correct copy of the

foregoing instrument to the following address:

Alex Melvin Wade, Jr.
#1624189 – Stiles Unit
3060 FM 3514
Beaumont, TX 77705

SIGNED this 11th day of March, 2014.

Respectfully submitted,

Andrew Smith
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657
Texas Bar I.D. #24048100

Prepared by:
Emily Patton

2

Cause No. 1222385-D

| | | |
|---|---|---|
| EX PARTE | § | IN THE 185TH DISTRICT COURT |
| | § | OF |
| ALEX MELVIN WADE, JR.,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUE

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issue needs to be resolved in the instant proceeding:

1. Whether the applicant is actually innocent in the primary case;

2. Whether the applicant received ineffective assistance of counsel in the primary case;

3. Whether the evidence was insufficient to convict the applicant in the primary case;

4. Whether the State committed a Brady violation in the primary case; and

5. Whether the State allowed perjured evidence and false testimony in the primary case.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issues and then enter findings of fact.

-3-

1

The Clerk of the Court is **ORDERED <u>NOT</u>** to transmit at this time any

documents in the above-styled case to the Court of Criminal Appeals until further

order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issue in Cause No. 1222385-D.**

SIGNED on the _____ day of _____, 2014.

-4-

_____
PRESIDING JUDGE